UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINO FELIPE HERNANDEZ, | ) | Case No. CV 10-4373 GHK(JC) |
| Plaintiff, | ) ) | (PROPOSED) |
| v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| VENTURA COUNTY, et al., | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) plaintiff's *in forma pauperis* status is revoked; (2) this action is dismissed without prejudice; and (3) Judgment be entered accordingly.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on plaintiff and on any
3 counsel for defendants.
4  IT IS SO ORDERED.

5
6 DATED: 12/15/10    _____
7                    HONORABLE GEORGE H. KING
                     UNITED STATES DISTRICT JUDGE