UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINO FELIPE HERNANDEZ, | ) | Case No. CV 10-4373 GHK(JC) |
| Plaintiff, | ) ) | ~~(PROPOSED)~~ |
| v. | ) ) | JUDGMENT |
| VENTURA COUNTY, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 12/15/10

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE